**Order entered March 4, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-00081-CR**
**No. 05-15-00126-CR**

**DEJUAN GEIL HOLLIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51945-U,  F13-52021-U**

## ORDER

The Court **REINSTATES** the appeals.

On February 9, 2015, we ordered the trial court to make findings regarding the status of these appeals and whether appellant is entitled to court-appointed counsel.  We **ADOPT** the findings that:  (1) appellant is entitled to appeal the convictions and certifications of appellant's right to appeal have been prepared for both cases; (2) appellant filed a pro se notice of appeal; (3) Celia Sams has been appointed to represent appellant; (4) appellant did not request preparation of the clerk's and reporter's records; and (5) Peri Wood is the court reporter who recorded the proceedings.

We **DIRECT** the Clerk to list Celia Sams as appellant's appointed attorney of record for these two appeals.

We have received the clerk's record for cause no. 05-15-00081-CR, but not for cause no. 05-15-00126-CR.  Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record for cause no. 05-15-00126-CR (trial court no. F13-52021-U) within **FIFTEEN DAYS** of the date of this order.

We **ORDER** court reporter Peri Wood to file the reporter's record for these two cases within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Peri Wood, official court reporter, 292nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; Celia Sams; and the Dallas County District Attorney's Office.

/s/    ADA BROWN
       JUSTICE